CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH BRAKEBILL (CABN 196696)
Chief, Civil Division
JOHN L. WOLLMAN (CABN 197362)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7031
Facsimile: (415) 436-7234
John.Wollman@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOEL CARDOVA DIAZ, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN, Secretary of the United States Department of Homeland Security, *et al.*,<br><br>Defendants. | Case No. 3:26-cv-06847 TSH<br><br>**SECOND STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFFS' COMPLAINT; AND ORDER** |

On September 15, 2026, the Court granted the parties first stipulation to extension of time for Defendants' response to Plaintiffs' complaint. Dkt. No. 11. Plaintiffs and Defendants respectfully request the Court to grant a second extension of time for Defendants' response and set a due date for November 13, 2026.

Plaintiffs filed this mandamus action seeking adjudication of their Form I-589, Application for Asylum and Withholding of Removal. Plaintiffs have agreed to withdraw their Form I-589 and United States Citizenship and Immigration Services will issue a Notice to Appear. The parties need additional time for this process to be completed. The parties therefore stipulate to extend the time for Defendant's response to November 13, 2026. In view of the agreed-upon extension for Defendants' response to the complaint, the parties further request a corresponding extension of the deadlines for filing and briefing a

motion for summary judgement under the Court's Immigration Mandamus Procedural Order. Under the extended deadlines, Defendants must file their motion for summary judgment by January 13, 2027.

Dated: October 14, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ John L. Wollman*
JOHN L. WOLLMAN
Assistant United States Attorney
Attorneys for Defendants

Dated: October 14, 2026

*/s/ Josh F. Sigal*
JOSH F. SIGAL
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: October 15, 2026

THOMAS S. HIXSON
United States Magistrate Judge

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.